IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NELMA LUNETA LAPLACE, | § § | |
| *Plaintiff*, | § § | SA-21-CV-00471-JKP |
| vs. | § § | |
| CITY OF SAN ANTONIO, WILLIAM MCMANUS, | § § § | |
| *Defendants*. | § § | |

# ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings on May 20, 2021. The record reflects that on October 22, 2021, the Court issued an order for Plaintiff to show cause why this case should not be dismissed for want of prosecution, in light of Plaintiff's failure to effectuate service on Defendants within the time limits prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. In response, Plaintiff has explained the reasons for the delay and requested 60 additional days to complete service. The Court finds that Plaintiff has demonstrated good cause for the delay, and the Court will extend time for service as directed by Rule 4(m).

**IT IS THEREFORE ORDERED** that the deadline to serve Defendants with a copy of Plaintiff's Complaint and summons is extended to **December 21, 2021**.

SIGNED this 28th day of October, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE